1   Thomas P. Riley, SBN 194706
    LAW OFFICES OF THOMAS P. RILEY, P.C.
2   First Library Square
    1114 Fremont Avenue
3   South Pasadena, CA 91030-3227

4   Tel: 626-799-9797
    Fax: 626-799-9795
5   TPRLAW@att.net

6   Attorneys for Plaintiff
    J & J Sports Productions, Inc.
7

ORIGINAL

FILED

APR - 8 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND CALIFORNIA

8           UNITED STATES DISTRICT COURT
                    FOR THE
9           NORTHERN DISTRICT OF CALIFORNIA

10  J & J SPORTS PRODUCTIONS, INC.,       Case No. C08-01866

11
12           Plaintiff,                   CERTIFICATION AS TO
                                          INTERESTED PARTIES
13           vs.

14  BERNARD JOSEPH BRONSON ,
15  INDIVIDUALLY and d/b/a COCINA
    MEXICANA a/k/a SMILIN JACKS,
16

17           Defendants.

18
        The undersigned, counsel of record for Plaintiff, J & J Sports Productions, Inc. certifies that the
19
    following listed parties have a direct, pecuniary interest in the outcome of this case.    These
20
    representations are made to enable the Court to evaluate possible disqualification or recusal.
21
    **PARTIES**
22
    *Plaintiff, J & J Sports Productions, Inc.*
23  c/o Law Offices of Thomas P. Riley, P.C.
    Attention: Thomas P. Riley
24  First Library Square
25  1114 Fremont Avenue
    South Pasadena, CA 91030-3227
26
    Telephone: (626) 799-9797
27  Facsimile:  (626) 799-9795
28

1  *Defendant,* Bernard Joseph Bronson, individually and d/b/a Cocina Mexicana a/k/a Smilin Jacks

2  32681 Mission Blvd.,
   Hayward, CA 94544
3

4

5

6

7

8  Dated:     4/7/08

                                          LAW OFFICES OF THOMAS P. RILEY, P.C.
9                                         By: Thomas P. Riley
                                          Attorneys for Plaintiff
10                                        J & J Sports Productions, Inc.

11 ///

12 ///

13 ///

14

15 ///

16 ///

17 ///

18 ///

19

20 ///

21 ///

22 ///

23 ///

24

25 ///

26 ///

27

28