| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No.: | |
| ATTORNEY FOR (Name): PLAINTIFF | COCINA MEXICANA 4/9/05 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

PLAINTIFF/PETITIONER:
J&J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:
BRONSON

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV081866MEJ |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS & COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE JUFGE FOR TRIAL; WELCOME TO TH U.S. DISTRICT, SAN FRANCISCO; COMPLAINT FOR DAAGES DESIGNATION: PROPERTY RIGHTS

3. a. Party served: BERNARD JOSEPH BRONSON, INDIVIDUALL AND D/B/A COCINA MEXICANA A/K/A SMILIN JACKS

4. Address where the party was served: 32681 MISSION BLVD.
   HAYWARD, CA 94544

5. I served the party
   b. **by substituted service.** On: May 21, 2008 at: 01:30 pm I left the documents listed in item 2 with or in the presence of "JANE DOE" (REFUSED NAME) - PERSON IN CHARGE

   PHYSICAL DESCRIPTION OF PERSON SERVED:
   Age: 40'S   Weight: 150   Hair: BROWN   Race: HISPANIC
   Sex: F   Height: 5'   Eyes: BROWN
   Marks:

   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.
   under the following Code of Civil Procedure section:
   SERVICE MADE PURSUANT TO FRCP 4(e) (2)

7. **Person who served papers**
   a. M. BLISS
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $95.00
   e. **I am:** (3) registered California process server.
      (i) independent contractor
      (ii) Registration No.: 721
      (iii) County: ALAMEDA

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 27, 2008

                                                                   *M Bliss*
                                                                   M. BLISS

Judicial Council form POS-010 Rev. 01/01/07

PROOF OF SERVICE

10050-1/asgensdo

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net | |
| ATTORNEY FOR (Name): PLAINTIFF | Ref. No. or File No.<br>COCINA MEXICANA 4/9/05 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

PLAINTIFF:
J&J SPORTS PRODUCTIONS, INC.

DEFENDANT:
BRONSON

| DECLARATION RE: DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: CV081866MEJ |
|---|---|---|---|---|

I received the within process on May 5, 2008 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Party Served: BERNARD JOSEPH BRONSON, INDIVIDUALL AND D/B/A COCINA MEXICANA A/K/A SMILIN JACKS

Residence: Residence address was not known at the time of service.

Business: 32681 MISSION BLVD., HAYWARD, CA 94544

As enumerated below:

May 19, 2008   04:56 pm
    NOT IN (BUSINESS).
May 20, 2008   10:14 am
    BUSINESS/OFFICE LOCKED.
May 21, 2008   01:29 pm
    NOT IN (BUSINESS) PER "JANE DOE" (REFUSED NAME), PERSON IN CHARGE.
May 21, 2008   01:30 pm
    SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT AS NAMED.

Person who served papers
M. BLISS
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was: $95.00
I am: registered California process server.
    independent contractor
    Registration No.: 721
    County: ALAMEDA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 27, 2008                                      _____
                                                              M. BLISS

Judicial Council form POS-010         DECLARATION REGARDING DILIGENCE                10050-1/asdd

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net | |
| ATTORNEY FOR (Name): PLAINTIFF | Ref. No. or File No<br>COCINA MEXICANA 4/9/05 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

PLAINTIFF/PETITIONER:
J&J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:
BRONSON

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV081866MEJ |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1301 West Second Street, Suite 204, Los Angeles, CA 90026.

On **May 22, 2008,** after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

SUMMONS & COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE JUFGE FOR TRIAL;WELCOME TO TH U.S. DISTRICT, SAN FRANCISCO;COMPLAINT FOR DAAGES DESIGNATION: PROPERTY RIGHTS

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

BERNARD JOSEPH BRONSON,INDIVIDUALL AND  D/B/A COCINA MEXICANA A/K/A SMILIN JACKS
32681 MISSION BLVD.
HAYWARD, CA 94544

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**Person who served papers**
M. MANCHESTER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

**The fee** for service was: $95.00
I am: registered California process server.
   employee
   Registration No.: 5211
   County: LOS ANGELES

I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 27, 2008

_____
M. MANCHESTER

Judicial Council form POS-010       PROOF OF SERVICE BY MAIL       10050-1/asopmail