Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., | Case No. 3:08-cv-01866 |
| Plaintiff, | REQUEST TO ENTER DEFAULT |
| vs. | |
| Bernard Joseph Bronson, individually and d/b/a Cocina Mexicana a/k/a Smilin Jacks, | |
| Defendant. | |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff, J & J Sports Productions, Inc., hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant **Bernard Joseph Bronson, individually and d/b/a Cocina Mexicana a/k/a Smilin Jacks,** on the grounds that said Defendant has failed to appear or otherwise respond to the Summons and Complaint within the time prescribed by the Federal Rules of Civil Procedure.

///

///

1  Said Defendant was duly served with the Summons and Complaint, evidenced by
2  the Proof of Service on file with this Court.
3
4
5
6  Dated:  June 20, 2008            /s/ Thomas P. Riley
                                           **LAW OFFICES OF THOMAS P. RILEY,  P.C**.
7                                          By: Thomas P. Riley
8                                           Attorneys for Plaintiff
                                           J & J Sports Productions, Inc.
9
10  ///
11  ///
12
13  ///
14  ///
15
16  ///
17  ///
18
19  ///
20  ///
21
22  ///
23  ///
24
25  ///
26
27
28

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 20, 2008, I served:

**REQUEST TO ENTER DEFAULT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Bernard Joseph Bronson (Defendant)
32681 Mission Road
Hayward, CA 94544

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 20, 2008, at South Pasadena, California.

Dated:  June 20, 2008                */s/ Terry Houston*
                                     **TERRY HOUSTON**

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLA@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc. | Case No. 3:08-cv-01866 |
|---|---|
| Plaintiff, | AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT |
| vs. | |
| Bernard Joseph Bronson, et al. | |
| Defendant. | |

**To: The Clerk of the above-entitled Court:**

I, Thomas P. Riley, declare as follows:

1. I am the attorney for J & J Sports Productions, Inc., in the above-entitled action.

2. On May 21, 2008, Defendant was duly served with Summons and Complaints and supplemental suit papers filed in this action.

3. On or about May 27, 2008, the Proof of Service, evidencing same was filed with the Court.

4. The Defendant has not appeared in this action and has not responded to the Complaint within the time permitted by law.

5. Defendant is not an infant, incompetent person or person in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

6. Plaintiff respectfully requests default in its favor.

I declare under the penalty of perjury of the laws of the State of California and the United States of America that the above is true and correct.

Respectfully submitted,

Dated: June 20, 2008            */s/ Thomas P. Riley*
                                       **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                       By: Thomas P. Riley
                                       Attorneys for Plaintiff
                                       J & J Sports Production, Inc.

///
///
///
///
///
///
///

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 20, 2008, served:

**AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Bernard Joseph Bronson   (Defendant)
32681 Mission Blvd.
Hayward, CA 94544

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 20, 2008, at South Pasadena, California.

Dated:  June 20, 2008                          */s/ Terry Houston*
                                                **TERRY HOUSTON**