**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

June 25, 2008

RE:  CV 08-01866 SI       J & J SPORTS PRODUCTIONS, INC.-v- BERNARD JOSEPH BRONSON

Default is entered as to defendant Bernard Joseph Bronson, individually, d/b/a Cocian Mexicana ask Smilin Jacks  on 6/25/08.

RICHARD W. WIEKING, Clerk

/s/
by Yumiko Saito
Case Systems Administrator

NDC TR-4  Rev. 3/89