1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227
4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net
6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc., | CASE NO. CV 08-1866 SI |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT BERNARD JOSEPH BRONSON, individually and d/b/a COCINA MEXICANA A/K/A SMILIN JACKS |
| vs. | |
| Bernard Joseph Bronson, et al. | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant BERNARD JOSEPH BRONSON, individually and d/b/a Cocina Mexicana a/k/a Smilin Jacks, that the above-entitled action is hereby dismissed **without prejudice** against BERNARD JOSEPH BRONSON, individually and d/b/a Cocina Mexicana a/k/a Smilin Jacks and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by September 1, 2008, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: July 22, 2008

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: July 23, 2008

LAW OFFICES OF ERNEST L. ANDERSON
By: Ernest L. Anderson, Esquire
Attorneys for Defendant
BERNARD JOSEPH BRONSON,
individually and d/b/a
COCINA MEXICANA A/K/A SMILIN JACKS

**IT IS SO ORDERED**
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL
CV 08-1866 SI
PAGE 2

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 22, 2008, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS BERNARD JOSEPH BRONSON, individually and d/b/a COCINA MEXICANA A/K/A SMILIN JACKS**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Ernest L. Anderson, Esquire             Attorneys for Defendant
LAW OFFICES OF ERNEST L. ANDERSON
22693 Hesperian Blvd., Suite 175
Hayward, CA 94541

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 22, 2008, at South Pasadena, California.

Dated: July 22, 2008

_____
INESA MAMIDJANYAN

STIPULATION OF DISMISSAL
CV 08-1866 SI
PAGE 3